# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hunt, Roger L. | U.S. District Cour6t of Nevada | 04/21/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. South - Room 6202
Las Vegas, Nevada 89101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Harry S. Truman Scholarship Foundation (See VIII) |
| 2. | Board of Advisosrs | Project REAL (See VIII) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunt, Roger L. | 04/21/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunt, Roger L. | 04/21/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunt, Roger L. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Unimproveed Real Estate - Lincoln County, NV | | None | J | W | | | | | |
| 2. Southwest Gas Corporation | B | Dividend | K | T | | | | | |
| 3. Beneficial Life Advantage 7 Plus | B | Interest | K | T | | | | | |
| 4. Credit Union 1 (That's its name) | B | Interest | L | T | | | | | |
| 5. Beneficial Life Advantage 7 Plus (IRA) | D | Interest | M | T | | | | | |
| 6. Met Life Var. Annunity (IRA) | D | Distribution | M | T | | | | | |
| 7. Ohio National Var. Annunity | D | Distribution | M | T | | | | | |
| 8. Clark County NEV BE 3500 | A | Interest | K | T | Buy | 01/01/14 | K | | |
| 9. TWEIX (American Century Eq Income Fund) | A | Dividend | J | T | Sold (part) | 11/06/14 | J | A | |
| 10. ICVEX (Mainstay ICAP International Fund) | | None | J | T | Sold (part) | 08/26/14 | J | A | |
| 11. ICVEX (Mainstay ICAP International Fund) | | None | | | Sold (part) | 08/27/14 | J | A | |
| 12. EFA (Ishares MSCI EAFE ETF) | A | Dividend | | | Buy | 01/03/14 | J | | |
| 13. EFA (Ishares MSCI EAFE ETF) | | None | | | Sold | 08/26/14 | J | A | |
| 14. EPSYX (Mainstay EPOCH Global Eq Yield Fund) | A | Dividend | J | T | | | | | |
| 15. NBHIX (Neuberger Berman Eq Fund) | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 16. SPY (SPDR S&P 500 EFT) | A | Dividend | | | Sold | 07/09/14 | J | A | |
| 17. VTI (Vanguard Total Stock Market ETF) | A | Dividend | J | T | Buy | 12/22/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunt, Roger L. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VTI (Vanguard Total Stock Market ETF) | | None | | | Sold (part) | 01/03/14 | J | A | |
| 19. WOBDX (JP Morgan Core Bond Fund) | A | Dividend | J | T | | | | | |
| 20. LSIIX (Loomis Sayles Investment Grade Bond) | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 21. LSIIX (Loomis Sayles Investment Grade Bond) | | None | | | Sold (part) | 07/25/14 | J | A | |
| 22. PTTPX (Pimco Total Return Fund) | A | Dividend | | | Sold | 09/29/14 | J | A | |
| 23. TGBAX (Franklin Templeton Global Bond Fund) | A | Dividend | | | Sold | 12/22/14 | J | A | |
| 24. BND (Vanguard Bd Index Fund Total Bond Mkt ETF) | A | Dividend | J | T | Buy | 04/09/14 | J | | |
| 25. PIMSX (Virtus Multi-Sector Short Term Bond Fund) | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 26. PIMSX (Virtus Multi-Sector Short Term Bond Fund) | | None | J | T | Sold (part) | 04/24/14 | J | A | |
| 27. VGK (Vanguard FTSE Europe ETF) | A | Dividend | | | Sold | 08/26/14 | J | A | |
| 28. CSJ (Ishares 1-3 Year Credit) | A | Dividend | | | Sold (part) | 01/27/14 | J | A | |
| 29. CSJ (Ishares 1-3 Year Credit) | | None | | | Sold | 04/09/14 | J | A | |
| 30. OOSYX (Oppenheimer Sr Floating Rate Fund) | A | Dividend | | | Sold (part) | 04/24/14 | J | A | |
| 31. OOSYX (Oppenheimer Sr Floating Rate Fund) | | None | | | Sold (part) | 07/25/14 | J | A | |
| 32. OOSYX (Oppenheimer Sr Floating Rate Fund) | | None | | | Sold | 09/29/14 | J | A | |
| 33. PMDPX (Principal SM-MD CP Div) | A | Dividend | J | T | Buy | 07/09/14 | J | | |
| 34. GMF (SPDR S&P Emerging Asia Pac ETF) | | None | J | T | Buy | 08/26/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunt, Roger L. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GMF (SPDR S&P Emerging Asia Pac ETF) | | None | | | Buy | 08/27/14 | J | | |
| 36. IEF (Ishares 7-10 Year Treasury Bond ETF) | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 37. IEF (Ishares 7-10 Year Treasury Bond ETF) | | None | | | Buy | 12/22/14 | J | | |
| 38. BNDX (Vanguard Charlotte FDS Total Intl Bd ETF) | A | Dividend | J | T | Buy | 09/23/14 | J | | |
| 39. BNDX (Vanguard Charlotte FDS Total Intl Bd ETF) | A | Dividend | | | Buy | 11/06/14 | J | | |
| 40. BWX (SPDR Barclays Intl Treasury Bond ETF) | A | Dividend | | | Buy | 04/09/14 | J | | |
| 41. BWX (SPDR Barclays Intl Treasury Bond ETF) | | None | | | Sold (part) | 09/23/14 | J | A | |
| 42. BWX (SPDR Barclays Intl Treasury Bond ETF) | | None | | | Sold | 11/06/14 | J | A | |
| 43. IEMG (Ishares Core MSCI Emerging Markets ETF) | A | Dividend | | | Buy | 08/26/14 | J | | |
| 44. IEMG (Ishares Core MSCI Emerging Markets ETF) | | None | | | Sold | 12/22/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions:

Interest in airplalne sold for loss in 2013.

I was nominated by the President and confirmed by the Senate to serve on the Board of Trustees of the Harry S. Truman Scholarship Foundation. The date of the commission was September 25, 2006.

Project REAL is a non-profit organization that teaches school children about the law and organizes student tours to the courthouse.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger L. Hunt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544